IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RENETA ESKINDE ) | |
| ) | |
| v. ) | NO. 3:05-0993 |
| ) | JUDGE CAMPBELL |
| WILLIAMSON COUNTY, et al. ) | |

ORDER

Pending before the Court is Defendant's Motion to Dismiss (Docket No. 8). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED. The pretrial conference set for February 12, 2007, and the trial set for February 20, 2007, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE